# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Joseph Rushin
(Plaintiff)

Civil Case NO: 1:25-CV-581 DFB

VS.

Joe Wolff,
Eugene Eiden
Lackawanna County
Probation Officers
(Defendants)

FILED
HARRISBURG, PA
APR 01 2025
PER _____ DEPUTY CLERK

## COMPLAINT

1) Plaintiff Joseph Rushin a citizen of County of Lackawanna state of Pennsylvannia residing at 1371 N. Washington Ave. Scranton, PA 18509 wishes to file a complaint under Civil rights violations 440/550.

2) The Defendants Joe Wolff + Eugene Eiden of Lackawanna County state of Pennsylvannia. The defendants work at 130 N. Washington Ave. Scranton, PA 18503 + are Lackawanna Probation Officers.

3) STATEMENT OF CLAIM: The defendants are Lackawanna probation officers + violated my civil rights as follows 1) A Guilty plea was entered + I was not present on March 6, 2025 nor did I enter this plea. This is procedural due process violation of the 14th + 5th Amendment of the United States Constitution which is cruel + unusual punishment which is also a violation of the 8th amendement. 2) The defendants are refusing to credit my time of these charges, which I have credited 4/14/22-4/22/22, 5/19/22-6/17/22, 9/22/22-10/3/22, 10/17/22-2/13/23, 1/12/24-1/14/24, 2/1/24-3/15/24, 11/24/24-current. I also have 6/17/22-7/17/22 at Pyramid Rehab in Belleville, PA + 2/13/23-10/16/23 at the Salavation Army in Scranton, PA which totals upto 616 days. They exploited my addiction by giving me trumped up charges that don't fit + I suffer from Substance abuse disorder. I had no intention of distributing anything. So this is slander as written on documents with my name in them. I have a disease that I suffer greatly from. The 14th amendment equal protection clause provides meaningful consideration to all of the statutory factors + consider any properly presented sentencing argument which has colorable legal merit + a factual Basis.

Procedural reasonabless of a statement under abuse of discretion standard. A defendant must bring a procedural error to the district courts attention at the time of the error is made. U.S. v. Flores-Mejia, 759 (3rd cir 2014).

At this time I'm suffering from these constitutional violations which is a total miscarriage of justice causing me mental anguish due to diliberate indifference."

4). WHEREFOR, The plaintiff Joseph Rushin prays that this honorable district Court for the United States grants relief that this honorable court deems, just + proper.

*[signature]*

1371 N. Washington Ave
Scranton, PA 18509

Joseph Rushin

Lackawanna County Prison
NAME Joseph Rvship
BOOKING# 2034-03346
P.O. BOX 247
Phoenix MD 21131

RECEIVED
HARRISBURG, PA
APR 01 2025
PER _____
DEPUTY CLERK

Peter J. Welsh
1501 N. 6th St.
Suite 101
Harrisburg, PA. 17102

LEHIGH VALLEY PA 180
27 MAR 2025 PM 4 L

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

17102-110401